THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| GEOFFREY D. AND MACEE M. WIILBER, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANTHEM BLUE CROSS AND BLUE SHIELD, ) <br> ) <br> Defendants. ) <br> ) | Case No: 2021-CV-688 |

## STIPULATION FOR DISMISSAL

IT IS STIPULATED AND AGREED, by and between the parties to the above-entitled action, that this action and all claims, rights and causes of action be dismissed without prejudice, upon the merits and without costs, and that an order to that effect may be entered without notice.

**GRUBER LAW OFFICES, LLC**

Dated: July 26, 2021.   By:   s/ Geoffrey D. Wilber
Geoffrey D. Wilber
SBN: 1041500

Attorneys for Plaintiffs, GEOFFREY WILBER
AND MACEE WILBER
100 E. Wisconsin Avenue, Suite 2800
Milwaukee, WI 53202
Telephone No. 414.276.6666
Facsimile: 414.977.3831

Dated: July 29, 2021.                    **HANSEN REYNOLDS LLC**

                                    s/ Michael C. Lueder
                                    Michael C. Lueder
                                    SBN:   1039954

                                    Attorneys for the Defendant, Anthem Blue Cross Blue Shield
                                    301 N. Broadway Street, Suite 400
                                    Milwaukee, WI,53202
                                    Telephone: (414) 273-8474
                                    Fax: (414) 455-7676

2

Case 2:21-cv-00688-JPS   Filed 07/29/21   Page 2 of 2   Document 10